# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133682(59)

STATE NEWS,
              Plaintiff-Appellee,

v

MICHIGAN STATE UNIVERSITY,
              Defendant-Appellant.
_____

SC: 133682
COA: 271433
Ingham CC: 06-000674-CZ

On order of the Chief Justice, the motion by the Regents of the University of Michigan and others for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk